Matthew Ianelli, et. al., Plaintiff(s)
vs.
York Space Systems Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 173689-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--York Space Systems, Inc., c/o CT Corporation
Court Case No. 26-cv-4074-CNS

GLANCY PRONGAY WOLKE & ROTTER LLP
Ms. Zabella Moore
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of Sept, 20 26, at 12:19 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons w/ Attachment A; Attachment B; Civil Cover Sheet;
Class Action Complaint for Violations of the Federal Securities Laws
US Magistrate Judge
Consent/Non-Consent to the Exercise of the Jurisdiction of a
Assignment of a US Magistrate Judge; Scheduling Order;
Order Setting Scheduling/Planning Conference; EFC Notice

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
York Space Systems, Inc., c/o CT Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: TATIYANA SMITH

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color B ; Hair Color B ; Facial Hair ____
Approx. Age 25 ; Approx. Height 5'7 ; Approx. Weight 170
To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 9 day of Sept, 20 26

Notary Public (Commission Expires)

GEORGE VERT II
MY COMMISSION EXPIRES FEB 13 2028
NOTARY PUBLIC
STATE OF DELAWARE